# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDRES ESTEBAN LOPEZ<br><br>　　　　Defendant | Case No. 21-CR-0300-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

　　Upon Joint Motion, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting date of July 23, 2021 be continued to August 27, 2021 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by August 16, 2021.

　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

　　IT IS SO ORDERED.

Dated: July 21, 2021

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge